

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2019

No. 04-19-00630-CV

**IN THE INTEREST OF A.O.G. AND A.J.G., CHILDREN,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02451
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was due on November 18, 2019, and on November 19, 2019, appellant filed a motion requesting a twenty day extension of time.

After consideration, we **GRANT** appellant's motion for extension of time to file a brief and **ORDER** the appellant file his brief **by December 9, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court